

FILED
JUL - 7 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL CONWAY,<br><br>          Plaintiff,<br><br>     v.<br><br>MRS. ACUNA, et al.,<br><br>          Defendants. | Case No. EDCV 09-0639-GAF (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the first amended complaint as well as the Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and ORDERS that Defendants Brauley and Acuna be dismissed from this action with prejudice, and that all claims for money damages against the remaining defendants in their official capacities also be dismissed.

Dated: July 7, 2009

_____
Gary A. Fees
United States District Judge