# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

MICHAEL CONWAY,

    Plaintiff,

v.

MRS. ACUNA, et al.,

    Defendant.

Case No. EDCV 09-00639-GAF (MLG)

ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein including the Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations of the United States Magistrate Judge in the Report and Recommendation and orders the action be dismissed without prejudice.

Dated: December 20, 2009

Gary A. Feess
United States District Judge

