JS - 6/ENTER

**FILED**
DEC 21 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MICHAEL CONWAY,<br>　　　Plaintiff,<br>　　　v.<br>MRS. ACUNA, et al.,<br>　　　Defendant. | Case No. EDCV 09-00639-GAF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: December 20, 2009

_Gary Feess_
Gary A. Feess
United States District Judge